No. 03–6612.  BOURNES *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–6667.  STOREY *v.* HUTCHISON ET AL.  C. A. 6th Cir. Certiorari denied.

No. 03–6676.  BONURA *v.* SEARS, ROEBUCK & CO. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 03–6680.  HARRISON *v.* ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 03–6731.  BROWN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 03–6744.  GREEN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–6883.  LOPEZ-MORALES *v.* CRAWFORD ET AL.  Ct. App. Ga.  Certiorari denied.

No. 03–6884.  KNUCKLES *v.* BRIGANO, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–6890.  MANOR *v.* TEXAS SUPREME COURT JUSTICES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–6891.  MULHOLLAND *v.* SNOHOMISH COUNTY, WASHINGTON.  C. A. 9th Cir.  Certiorari denied.

No. 03–6892.  ORTIZ *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 03–6894.  BARTLETT *v.* MOORE ET AL.  C. A. 4th Cir. Certiorari denied.

No. 03–6896.  JOHNSON *v.* REICHERT, SHERIFF, KING COUNTY, WASHINGTON, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–6900.  DUQUE *v.* YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.